UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.

CHRISTOPHER CHASE,

            Defendant.

_____

**ORDER**

17-MJ-1030-JJM

        WHEREAS, the Federal Public Defender was appointed as counsel for the above defendant on the 3rd day of April, 2017, and

        WHEREAS, the Court finds that funds are available from the above-named defendant for making contributions toward the payment of compensation and expenses of court-appointed counsel and/or other services necessary for adequate representation, it is hereby

        ORDERED, that the sum of $10,000 be deposited with the Clerk of the Court for the United States District Court, Western District of New York in Buffalo, New York.

**SO ORDERED.**

Dated: April 4, 2017

                                      _____
                                      JEREMIAH J. MCCARTHY
                                      United States Magistrate Judge