# *IN THE DISTRICT COURT OF THE UNITED STATES*

# *for the Western District of New York*

MAY 2017 GRAND JURY
(Impaneled May 5, 2017)

**THE UNITED STATES OF AMERICA**

*-vs-*     **INDICTMENT**

**CHRISTOPHER CHASE**     Violation:

Title 18, United States Code,
Section 2422(b).
(1 Count)

### COUNT 1

**(Enticement of a Minor)**

**The Grand Jury Charges That:**

Between on or about March 10, 2017, and on or about April 2, 2017, in the Western District of New York, and elsewhere, the defendant, **CHRISTOPHER CHASE,** did use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense.

**All in violation of Title 18, United States Code, Section 2422(b).**

DATED:  Buffalo, New York, May 30, 2017.

                                    JAMES P. KENNEDY, JR.
                                    Acting United States Attorney

BY:   S/BRIAN J. COUNIHAN
        Special Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        (716) 843-5831
        brian.counihan@usdoj.gov

A TRUE BILL:

S/FOREPERSON