UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

            v.

CHRISTOPHER CHASE,

            Defendant.
_____

**17-CR-101-JJM-RJA**

**NOTICE OF MOTION**

| | |
|---|---|
| **MOTION BY:** | Frank R. Passafiume, Assistant Federal Public Defender, Attorney for Christopher Chase. |
| **DATE, TIME & PLACE:** | Before the Honorable Jeremiah J. McCarthy United States Magistrate Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202, **on the papers**. |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Frank R. Passafiume, dated June 19, 2017. |
| **RELIEF REQUESTED:** | Thirty (30) day adjournment of pretrial motion deadline. |
| **DATED:** | June 19, 2017, Buffalo, New York. |

Respectfully submitted,

**/s/Frank R. Passafiume**
Frank R. Passafiume
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341; 551-3346 (fax)
frank_passafiume@fd.org
*Attorney for Christopher Chase*

**TO:**    Brian Counihan
           Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

            v.

CHRISTOPHER CHASE,

            Defendant.
_____

17-CR-101-JJM-RJA

**AFFIRMATION IN SUPPORT OF MOTION**

**FRANK R. PASSAFIUME, ESQ.,** affirms under penalty of perjury that:

1. I am an attorney with the Federal Public Defender's Office located at 300 Pearl Street, Suite 200, Buffalo, New York 14202, and I represent the defendant, Christopher Chase, in the instant matter.

2. The defendant's pretrial motions are currently due by July 5, 2017.

3. Defense counsel has recently been assigned a jury trial scheduled to begin on July 6, 2017, as the prior defense counsel is unable to proceed due to health issues.

4. The instant motion respectfully requests a thirty (30) day adjournment of the pretrial motion deadline to prepare motions and also explore the possibility of a pretrial disposition with the government.

5. I have discussed this request with Assistant United States Attorney Brian Counihan, and Mr. Counihan has no objection to an adjournment.

6.	Should the Court grant an adjournment, the parties further agree that the time between the filing of this motion and the new pretrial motion deadline is excluded from the Speedy Trial calendar.

DATED:	June 19, 2017
	Buffalo, New York.

Respectfully submitted,

**/s/Frank R. Passafiume**
Frank R. Passafiume
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341; 551-3346 (fax)
frank_passafiume@fd.org
*Attorney for Christopher Chase*

TO:	Brian Counihan
	Assistant United States Attorney