UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

CHRISTOPHER CHASE,
                Defendant.

**THIRD AMENDED SCHEDULING ORDER**

17-CR-00101-RJA-JJM

---

With good cause shown, defendant's unopposed motion [20] to extend the time to file pretrial motions is granted. The Second Amended Scheduling Order [19] is amended as follows:

(1) All pretrial motions, both dispositive and non-dispositive, including all supporting papers and memoranda of law in support thereof, shall be filed by **November 2, 2017**. Any motion to suppress statements or physical evidence must initially be accompanied by an appropriate affidavit (or declaration) from an individual with personal knowledge, failing which the court will normally recommend that the motion be denied without an evidentiary hearing. *See* United States v. Marshall, 2012 WL 5511645, *2 (W.D.N.Y.), adopted 2012 WL 5948782 (W.D.N.Y. 2012); United States v. Longo, 70 F.Supp.2d 225, 248 (W.D.N.Y. 1999). **ALL MOTIONS SEEKING SEVERANCE ARE TO BE SEPARATELY FILED WITH HON. RICHARD J. ARCARA.**

(2) All responses to pretrial motions, including all supporting papers and memoranda of law in support thereof, filed in accordance with the preceding paragraph shall be filed **November 20, 2017**.

(3) Defendant may file a reply by **November 27, 2017**.

(4) **Oral argument on any pretrial motions shall be heard on December 5, 2017 at 2:00 p.m.** If necessary, an evidentiary hearing will be scheduled for a later date.

(5) **IF NO MOTIONS ARE FILED BY ANY DEFENDANT BY NOVEMBER 2, 2017, THE GOVERNMENT IS HEREBY ORDERED TO APPLY FOR A TRIAL DATE FROM HON. RICHARD J. ARCARA NO LATER THAN NOVEMBER 3, 2017.**

As of November 2, 2017, no time will have elapsed from the Speedy Trial Act Calendar. For the reasons stated in the motion, I find that the government's and the public's interest in a speedy trial is outweighed by the defendant's interest in having effective assistance of counsel by allowing sufficient time to review discovery and frame appropriate motions. Therefore, the time period through November 2, 2017 is excluded under 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv)

If pretrial motions are filed on or before November 2, 2017, the period of time from the filing of said motions through December 5, 2017 will be excluded pursuant to 18 U.S.C. §3161(h)(1)(D).

No extension of the above deadlines will be granted except upon written application, filed prior to the deadline, showing cause for the extension. Such application shall indicate whether the opposing party consents to the requested extension and address any further exclusion of time from the Speedy Trial Act calendar. Any motion identified in Rule 12(b)(3) that is not filed by the deadline set for filing pretrial motions will be denied as untimely, unless accompanied by a showing of "good cause". *See* Rule 12(c)(3).

**SO ORDERED.**

Dated: September 15, 2017

_____
JEREMIAH J. MCCARTHY
United States Magistrate Judge